IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS,**

    **Plaintiff,**

vs.                              Case No. 4:12cv484-WS/CAS

**SGT. LUCAS, ROBERT E. CANNON,
BRITNEY SKINNER,
and DEBORAH HIERREZUELO,**

    **Defendants.**

    _____/

## AMENDED REPORT AND RECOMMENDATION

Plaintiff, who is pro se, submitted a civil rights complaint on September 17, 2012. Doc. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. Doc. 2. An Order and Report and Recommendation was entered on September 20, 2012, granting Plaintiff's in forma pauperis motion and recommending that this case be dismissed. Doc. 4. Plaintiff's copy of that ruling has been returned to the Court as undeliverable. Doc. 5. Therefore, the recommendation for dismissal is amended to also recommend the case be dismissed for failure to prosecute as Plaintiff has not provided the Court with an address where legal mail can reach him.

This case should be dismissed because it lacks an arguable basis in law and presents a factual assertion that is groundless. Plaintiff's complaint alleged that while

he was in the Lauderhill Public Library using the computer, he was "escorted off the premises [sic] by the adjoining officers." Doc. 1. Plaintiff stated that he was advised by the police officers that a disturbance call had been made by a library employee. *Id.* Plaintiff asked who made the call and was only provided a first name. *Id.* Plaintiff claimed this event constitutes discrimination and defamation. *Id.*

Plaintiff's complaint fails to demonstrate that his constitutional rights were violated. There are no facts which suggest Plaintiff was treated differently than any other person and, thus, the complaint fails to allege a claim for discrimination. There are also no facts presented which demonstrate that Plaintiff was defamed under state law in being escorted from the library. The complaint is legally insufficient and dismissal is appropriate.[1]

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff has failed to provide a valid mailing address.

**IN CHAMBERS** at Tallahassee, Florida, on October 10, 2012.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." *Id.*

Case No. 4:12cv484-WS/CAS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**