IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELKINO DENARDO DAWKINS,

    Plaintiff,

v.                                                          4:12cv484-WS

SGT. LUCAS, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's amended report and recommendation (doc. 6) docketed October 10, 2012. The magistrate judge recommends that the plaintiff's action be dismissed for failure to state a claim upon which relief may be granted and for failure to provide the court with a valid mailing address.

Upon review of the record, this court has determined that the magistrate judge's amended report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted and for failure to provide the court with a valid mailing address.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   26th   day of   October  , 2012.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE